No. 71–6174.  KRESS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 71–6177.  ALLEN ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–6178.  MILLER *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 71–6179.  McCLELLAN *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 71–6180.  WHITE *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 71–6181.  NACI *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 71–6184.  ATKINSON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–6187.  BAUGHMAN *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 71–6188.  LEWIS *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 71–6191.  RAY *v.* BRIERLEY, WARDEN.  C. A. 3d Cir.  Certiorari denied.

No. 71–6192.  REDDING *v.* BOARD OF COUNTY COMMISSIONERS OF PRINCE GEORGE'S COUNTY.  Ct. App. Md. Certiorari denied.

No. 71–6194.  BATEN *v.* DISTRICT UNEMPLOYMENT COMPENSATION BOARD.  Ct. App. D. C.  Certiorari denied.